UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WAYNE REID JR., | No. 2:15-cv-2072 MCE KJN PS (TEMP) |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| SAM ERHART, et al, | |
| Defendants. | |

Plaintiff is proceeding in this action pro se.  This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On November 6, 2015, the court served upon plaintiff at his address of record an order reassigning this action to the undersigned. (Dkt. No. 3.)  The court's records reflect that on December 3, 2015, plaintiff's copy of that order was returned to the court by the postal service as undeliverable.

It appears that plaintiff has failed to comply with Local Rule 182, which requires every party, including any party proceeding in propria persona, to notify the court and all other parties of any change of address.  Local Rule 182(f).  "Absent such notice, service of documents at the prior address of the attorney or pro se party shall be fully effective."  Id.  Failure to comply with the court's rules or with any order of the court may be grounds for imposition by the court of any and all sanctions authorized by statute or rule or within the inherent power of the court.  Local Rule 110.

1	Good cause appearing, IT IS RECOMMENDED that this action be dismissed without
2	prejudice due to plaintiff's failure to keep the court apprised of his current address and his failure
3	to comply with applicable rules and court orders.
4	These findings and recommendations will be submitted to the United States District Judge
5	assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
6	after being served with these findings and recommendations, plaintiff may file and serve written
7	objections with the court.  A document containing objections should be titled "Objections to
8	Magistrate Judge's Findings and Recommendations."  Plaintiff's failure to file objections within
9	the specified time may, under certain circumstances, waive the right to appeal the District Court's
10	order regarding the findings and recommendations.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir.
11	1991).
12	Dated:  March 21, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

28	reid2072.nca.f&rs.docx